

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00161-CR

**ADRIAN VALADEZ,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2012-2160-C1

## O R D E R

The State's brief was originally due on November 1, 2017. A first extension of time of 30 days was granted, and the State's brief was due December 1, 2017. A second extension of time of 32 days was granted, and the State's brief was due January 2, 2018. Now, an extension of time for an additional 30 days is being requested which would make the brief due on February 1, 2018. This most recent request pushes the total amount of time to 122 days to file a brief that the Rules of Appellate Procedure provide should be filed in 30 days. We cannot, in good conscience, grant four times the amount of time

allowed by the rules to file a brief in a standard appeal where there is no suggestion in the motion that this case is unusual in any way.

However, in light of the State's reasons for requesting the additional time, the State's Motion for Extension of Time to File the State's Brief is granted in part and denied in part. The State's brief is due January 30, 2018.


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted in part and denied in part
Order issued and filed January 17, 2018

